# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| REYNA PASCUAL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE, N.A.,<br><br>    Defendants. | Case No.: 2:18-cv-00181-WBS-GGH<br><br>**ORDER** |

# ORDER

Pursuant to the stipulation of the Parties, defendant Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 3, 2018

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE